**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for Defendant
MARCO ANTONIO CORIA-DUARTE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARCO ANTONIO CORIA-DUARTE,<br><br>    Defendant | Case No.: Case No. 1:13-cr-0033 AWI BAM<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA MCAULIFFE AND, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, MARCO ANTONIO CORIA-DUARTE by through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for March 25, 2013 be continued to April 8, 2013 at 1:00 p.m., or a date convenient to court and counsel.

I am requesting additional time to prepare and conduct investigation in this matter.  This is a mutual agreement between myself and Assistant United States Attorney Melanie Alsworth.

//

//

1   IT IS SO STIPULATED.

2   DATED: March 21, 2013                    Respectfully Submitted,

3                                            **/s/ David A. Torres**_____
                                             DAVID A. TORRES
4                                            Attorney for Defendant
                                             Marco Antonio Coria-Duarte
5

6   DATED: March 21, 2013                    **/s/Melanie L. Alsworth**
                                             MELANIE L. ALSWORTH
7                                            Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**. Time is excluded in the interest of justice pursuant to 18 U.S.C. 3161(h)(7)(A) AND 3161(h)(7)(B)(i) & (iv).


IT IS SO ORDERED.

Dated: __March 21, 2013__     /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE