# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO)

### (HONORABLE ANTHONY W. ISHII)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>MARCO ANTONIO CORIA-DUARTE,<br><br>                  Defendant, | Case No. 13CR00033-AWI-BAM-1<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

Upon Stipulation between the parties and good cause having been shown;

**IT IS HEREBY ORDERED** that the Sentencing Hearing date of May 19, 2014 be continued to July 21, 2014 at 10:00am.

IT IS SO ORDERED.

Dated:  May 14, 2014            _____
                                                                SENIOR  DISTRICT  JUDGE